1   SCOTT H. WECHSLER (State Bar No. 100452)
    LAW OFFICES OF SCOTT H. WECHSLER
2   Pier 9, Suite 100
    San Francisco, CA 94111-1497
3   Telephone: (415) 777-9700
    Facsimile:  (415) 616-5040
4
    Attorney for Plaintiff
5   NATHANIEL COLLINS

6

7   CYNTHIA L. MELLEMA (State Bar No. 122798)
    KIMBERLY DE HOPE (State Bar No. 215217)
8   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
9   San Francisco, CA 94105
    Telephone: (415) 882-5000
10  Facsimile:  (415) 882-0300

11  Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY
12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  NATHANIEL COLLINS,                  No. C 06-2388 SC

18          Plaintiff,                  **STIPULATED REQUEST TO EXTEND
                                        ENE DEADLINE;** [PROPOSED]
19      vs.                             **ORDER**

20  ALLSTATE INSURANCE COMPANY,

21          Defendant.

22

23

24          Pursuant to ADR L.R. 5-5 and Civ. L.R. 6-1(b), 7-1(a), and 7-11, the parties hereby

25  present this stipulated request to extend the ENE deadline in this case.

26          Good cause exists to extend the ENE deadline, currently set for September 27, 2006.  The

27  ENE session is currently scheduled for September 22, 2006.  However, both Allstate and

28  plaintiff have outstanding document requests, and all documents will not be produced prior to the

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

1    ENE session. Due to the necessity of providing certain individuals with consumer notice,

2    production of documents is not possible until mid-October. To meaningfully participate in ADR

3    discussions, the parties need time to review the other side's documents to property prepare for

4    the ENE session.

5         All parties concur in this request. Samuel Barnum, the appointed evaluator, has no

6    objection to this request.

7         The parties propose the ENE deadline be continued 60 days, until November 27, 2006, to

8    permit the parties to produce and review documents, and prepare for and meaningfully

9    participate in the ENE session.

10

11   Dated: September 8, 2006              SONNENSCHEIN NATH & ROSENTHAL LLP

12

13

14                                        By _____

15                                             KIMBERLY DE HOPE

16                                        Attorneys for Defendant
                                          ALLSTATE INSURANCE COMPANY

17   Dated: September 8, 2006              LAW OFFICES OF SCOTT H. WECHSLER

18

19

20                                        By _____

21                                             SCOTT H. WECHSLER

22                                        Attorneys for Plaintiff
                                          NATHANIEL COLLINS

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

Case No. C 06-2388 SC                      - 2 -          Stip. Req. to Cont. ENE
                                                                    Deadline

1

**PROPOSED ORDER**

2     Based on the foregoing stipulation, the Court find there is good cause to extend the deadline

3   by which the ENE session shall be held.  The ENE session must be held no later than November

4   27, 2006.

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

8

9   Dated:   9/11/06

10

11   27247612\V-1



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000