1  SCOTT H. WECHSLER (State Bar No. 100452)
   LAW OFFICES OF SCOTT H. WECHSLER
2  Pier 9, Suite 100
   San Francisco, CA 94111-1497
3  Telephone: (415) 777-9700
   Facsimile:  (415) 616-5040
4
   Attorney for Plaintiff
5  NATHANIEL COLLINS

6

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   KIMBERLY DE HOPE (State Bar No. 215217)
8  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94105
   Telephone: (415) 882-5000
10 Facsimile:  (415) 882-0300

11 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY

12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16

17 | NATHANIEL COLLINS,              | No. C 06-2388 SC
18 |     Plaintiff,                  | **STIPULATED REQUEST TO EXTEND ENE DEADLINE; [PROPOSED] ORDER**
19 |     vs.                         |
20 | ALLSTATE INSURANCE COMPANY,     |
21 |     Defendant.                  |

22

23

24       Pursuant to ADR L.R. 5-5 and Civ. L.R. 6-1(b), 7-1(a), and 7-11, the parties hereby

25 present this stipulated request to extend the ENE deadline in this case.

26       Good cause exists to extend the ENE deadline, currently set for November 27, 2006. The

27 deadline to complete the ENE was previously continued to enable the parties to produce

28 documents to opposing counsel. Due to the necessity of providing certain individuals with

consumer notice, production of documents did not occur until early November 2006. Following the production of documents, the parties' and their counsels' schedules did not enable the parties to complete the ENE prior to the November 27, 2006 deadline.

An ENE session is currently scheduled for January 10, 2007, on which date all parties, their counsel and the appointed evaluator are available. Accordingly, the parties jointly propose the ENE deadline be continued until January 10, 2007. Samuel Barnum, the appointed evaluator, has no objection to this request.

Dated: December 1, 2006            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/_____
             KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: December 1, 2006            LAW OFFICES OF SCOTT H. WECHSLER


By_____
             SCOTT H. WECHSLER

Attorneys for Plaintiff
NATHANIEL COLLINS



IT IS SO ORDERED
Judge Samuel Conti
12/4/06

consumer notice, production of documents did not occur until early November 2006. Following the production of documents, the parties' and their counsels' schedules did not enable the parties to complete the ENE prior to the November 27, 2006 deadline.

An ENE session is currently scheduled for January 10, 2007, on which date all parties, their counsel and the appointed evaluator are available. Accordingly, the parties jointly propose the ENE deadline be continued until January 10, 2007. Samuel Barnum, the appointed evaluator, has no objection to this request.

Dated: December 1, 2006            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/_____
KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: December 1, 2006            LAW OFFICES OF SCOTT H. WECHSLER


By_____
SCOTT H. WECHSLER

Attorneys for Plaintiff
NATHANIEL COLLINS