1   SCOTT H. WECHSLER (State Bar No. 100452)
    LAW OFFICES OF SCOTT H. WECHSLER
2   Pier 9, Suite 100
    San Francisco, CA 94111-1497
3   Telephone: (415) 777-9700
    Facsimile: (415) 616-5040
4
    Attorney for Plaintiff
5   NATHANIEL COLLINS
6
7   CYNTHIA L. MELLEMA (State Bar No. 122798)
    KIMBERLY DE HOPE (State Bar No. 215217)
8   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
9   San Francisco, CA 94105
    Telephone: (415) 882-5000
10  Facsimile: (415) 882-0300
11  Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY
12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  NATHANIEL COLLINS,                    No. C 06-2388 SC

17              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER REGARDING AMOUNT IN
18      vs.                                CONTROVERSY AND REMAND TO
                                           STATE COURT**
19  ALLSTATE INSURANCE COMPANY,

20              Defendant.

21

22

23      The parties to this action stipulate as follows:

24      1.      Plaintiff Nathaniel Collins ("Plaintiff") has thoroughly investigated the basis for

25  his damages claim against Allstate Insurance Company in this action.  Based on this thorough

26  investigation, and based on Allstate's representation that policy number 627602267 is the only

27  applicable policy and has applicable limits of $15,000 per person, Plaintiff expressly waives all

28  claims in excess of $75,000, exclusive of interest and costs incurred in this action, against

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

Allstate.  In light of this waiver, the parties agree that this action does not seek damages of any kind in excess of $75,000, exclusive of interest and costs incurred in this action.

2.      The parties further agree, in view of the stipulation set forth in Paragraph 1, that this case should be remanded to Alameda County Superior Court for further proceedings under Case No. RG 06258087, pursuant to 28 U.S.C. section 1332.

IT IS SO STIPULATED.

Dated: February 14, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/_____
                     KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: _____, 2007

By_____
                     ERIC GREEN

Defendant
ALLSTATE INSURANCE COMPANY

Dated: _____ __, 2007                    LAW OFFICES OF SCOTT H. WECHSLER

By_____
                     SCOTT H. WECHSLER

Attorneys for Plaintiff
NATHANIEL COLLINS

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

1    Allstate. In light of this waiver, the parties agree that this action does not seek damages of any

2    kind in excess of $75,000, exclusive of interest and costs incurred in this action.

3           2.      The parties further agree, in view of the stipulation set forth in Paragraph 1, that

4    this case should be remanded to Alameda County Superior Court for further proceedings under

5    Case No. RG 06258087, pursuant to 28 U.S.C. section 1332.

6           IT IS SO STIPULATED.

7

8    Dated: _____, 2007              SONNENSCHEIN NATH & ROSENTHAL LLP

9

10

11                                        By_____

12                                             KIMBERLY DE HOPE

13                                        Attorneys for Defendant
                                          ALLSTATE INSURANCE COMPANY

14

15   Dated: 2/14, 2007

16

17                                        By_____
                                               ERIC GREEN
18

19                                        Defendant
                                          ALLSTATE INSURANCE COMPANY
20

21   Dated: _____, 2007              LAW OFFICES OF SCOTT H. WECHSLER

22

23                                        By_____

24                                             SCOTT H. WECHSLER

25                                        Attorneys for Plaintiff
                                          NATHANIEL COLLINS
26

27

28

Case No. C 06-2388 SC                              - 2 -      Stip. Regarding Amount in
                                                        Controversy and Remand [Proposed] Order

1  Allstate. In light of this waiver, the parties agree that this action does not seek damages of any

2  kind in excess of $75,000, exclusive of interest and costs incurred in this action.

3      2.      The parties further agree, in view of the stipulation set forth in Paragraph 1, that

4  this case should be remanded to Alameda County Superior Court for further proceedings under

5  Case No. RG 06258087, pursuant to 28 U.S.C. section 1332.

6      IT IS SO STIPULATED.

7

8  Dated: _____, 2007           SONNENSCHEIN NATH & ROSENTHAL LLP

9

10

11                    By_____

12                           KIMBERLY DE HOPE

13                    Attorneys for Defendant
                  ALLSTATE INSURANCE COMPANY

14

15  Dated: _____, 2007

16

17                    By_____

18                         ERIC GREEN

19                    Defendant
                  ALLSTATE INSURANCE COMPANY

20

21  Dated: *Feb.13* , 2007         LAW OFFICES OF SCOTT H. WECHSLER

22

23                    By_____

24                        SCOTT H. WECHSLER

25                    Attorneys for Plaintiff
                  NATHANIEL COLLINI

26

27

28

    Case No. C 06-2388 SC                - 2 -     Stip. Regarding Amount in
                                        Controversy and Remand [Proposed] Order

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

1  Dated: Feb. 8 , 2007

2

3

4                                    By _Nathaniel Collins_____
                                          NATHANIEL COLLINS

5
                                     Plaintiff
6                                    NATHANIEL COLLINS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

1

**[PROPOSED] ORDER**

2   The Court, having reviewed the parties' Stipulation Regarding Amount In Controversy,

3 and good cause appearing therefor, hereby adopts the Stipulation and remands the case to the

4 Superior Court. Each party shall bear its own attorneys' fees and costs associated with the

5 removal and remand of this action.

6   It is so ORDERED:

7

8

9 Dated: 2/15/07



10

11

12

13 27259562\V-3

14

15

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

16

17

18

19

20

21

22

23

24

25

26

27

28